1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

DONALD RAY ELLIS,

        Plaintiff,

    v.

CITY OF PITTSBURG, OFFICER
THOMAS, and DOES 1-20,

        Defendants.

Case No. 14-cv-00199 NC

**SUA SPONTE JUDICIAL
REFERRAL FOR PURPOSES OF
DETERMINING RELATIONSHIP
OF CASES**

      In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Joseph C. Spero to determine whether it is related to *Donald Ray Ellis v. City of Pittsburg*, No. 14-cv-00193 JCS.

      IT IS SO ORDERED.

      Date: January 16, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-00199 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES